**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:22-cv-04238-MMC<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION OF DISMISSAL** |

　　Considering the Parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal (ECF No. 43),

　　**PURSUANT TO STIPULATION IT IS ORDERED** that the above-entitled cause is hereby dismissed with prejudice as to Golden Eagle Insurance Corporation, with each party to bear its own fees and costs.

　　Respectfully submitted.

Dated: September 12, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　United States District Judge